# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

ROYAL INDEMNITY COMPANY
and ROYAL INSURANCE COMPANY
OF AMERICA

           V.          CASE NUMBER: 5:03-CV-999(NAM/DEP)

PANKAJBHAI S. PATEL, PRITIBEN P.
PATEL, et al.

**[ ]**     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFFS against DEFENDANTS pursuant to the Memorandum-Decision and Order of the Hon. Norman A. Mordue entered on October 13, 2005.

DATED:    October 13, 2005

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp